UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MARGARET E. WILLIAMS and MARLENE CLARKE, on behalf of themselves and all other persons similarly situated,

       Plaintiffs,

  -against-

SUNRISE SENIOR LIVING MANAGEMENT, INC.,

       Defendant.

-------------------------------------------------------------------------X

Docket No. 21-cv-00560
(JS) (JMW)

## ORDER re: STIPULATION OF DIMISSAL WITHOUT PREJUDICE

 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Margaret E. Williams and Marlene Clarke and Defendant Sunrise Senior Living Management, Inc., that the claims in this action shall be dismissed without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

 A facsimile or PDF copy of this stipulation shall be treated with the same force and effect as an original copy of this stipulation.

Dated: March 14, 2022

| Law Office of Peter A. Romero PLLC<br>*Attorneys for Plaintiffs* | Buchanan Ingersoll & Rooney PC<br>*Attorneys for Defendant* |
|---|---|
| By: _____<br>David D. Barnhorn, Esq.<br>Peter A. Romero, Esq.<br>490 Wheeler Road, Suite 250<br>Hauppauge, New York 11788<br>Tel.: (631) 257-5588 | /S/ Ivan D. Smith<br>By: _____<br>Ivan D. Smith, Esq.<br>Amy Miller, Esq.<br>Christian Antkowiak, Esq.<br>640 Fifth Avenue, 9th Floor<br>New York, New York 10019<br>Tel.: (212) 440-4423 |

The Clerk of Court is directed to **CLOSE** this case.

**SO ORDERED** this 15th day of March 2022 at Central Islip, New York.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J., E.D.N.Y.